IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02575-REB-CBS

ASHBROOK SIMON-HARTLEY OPERATIONS, LP,

    Plaintiff,

v.

MORAINE PARTNERS, LLC, d/b/a MORSTARCH

    Defendant.

## TEMPORARY ORDER TO PRESERVE PROPERTY

    THE COURT, having considered Plaintiff's Motion for Order for Possession and for Temporary Order to Preserve Property and being fully advised in the premises,

FINDS:

    That Plaintiff has produced evidence making a prima facie showing that it is entitled to possession of the property referenced in its Motion under C.R.C.P. 104(b). Under the circumstances alleged in said Motion, a Temporary Order to preserve the rights of the parties and the status of the property at issue is appropriate. In particular, Defendant has represented that it is insolvent and unable to pay Plaintiff the amount due under the Equipment Lease pursuant to which Defendant obtained possession of the subject property, suggesting that Plaintiff may be denied any adequate remedy if Defendant disposes of or damages the subject property.

    AND ORDERS:

    That the Defendant, Moraine Partners, LLC, is hereby prohibited from the following acts with respect to: the Klampress 2.0 meter belt filer press with extended gravity and wedge sections, Inventory No. SK109; the sludge feed pump with progressive feed; the control panel for the Klampress, pump, and

mixer; the in-line, non-clog, variable orifice mixer; the wash water pump; the skid on which all of the foregoing equipment was mounted when delivered to Defendant; and the washwater recycle tank assembly Defendant obtained from Plaintiff: selling the above-described property; disposing of the above-described property; damaging the above-described property; removing the above-described property from its plant located at 1001 North Road 3E, Monte Vista, Colorado; or using the above-described property other than in the ordinary course of its business or in any manner contrary to any instructions or manuals provided by the Plaintiff to the Defendant regarding use of the property.

That this Order shall remain in full force and effect until further Order of this Court;

That this Temporary Order to Preserve Property shall be served on the Defendant together with the Order to Show Cause in this action in the manner as set forth in said Order to Show Cause.

DATED at Denver, Colorado, this 19th day of October, 2011.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge