**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02575-REB-CBS

ASHBROOK SIMON-HARTLEY OPERATIONS, LP,

    Plaintiff,

v.

MORAINE PARTNERS, LLC, d/b/a MORSTARCH,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal Without Prejudice** [#35][1] filed January 6, 2012. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal Without Prejudice** [#35] filed January 6, 2012, is **APPROVED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 6, 2012, at Denver, Colorado.

        **BY THE COURT:**

        *Bob Blackburn*
        Robert E. Blackburn
        United States District Judge

---

[1] "[#35]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.